IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-409-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THE MCCARTY CORPORATION, | ) | |
| MIKE MCCARTY, | ) | |
| TEMPLE GRADING AND | ) | |
| CONSTRUCTION COMPANY, INC., | ) | |
| and JOHN JOSPEH PARDA, | ) | |
| | ) | |
| Defendants. | ) | |

On April 21, 2014, the parties filed a joint motion for a court-hosted settlement conference. See [D.E. 40]. The court hereby GRANTS the motion [D.E. 40] and designates United States Magistrate Judge Gates for a court-hosted settlement conference. Judge Gates will notify the parties how he wishes to proceed concerning the settlement conference, and the date on which it will be held.

SO ORDERED. This 22 day of April 2014.

JAMES C. DEVER III
Chief United States District Judge