IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-CV-409-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THE MCCARTY CORPORATION, MIKE ) | |
| MCCARTY, TEMPLE GRADING AND ) | |
| CONSTRUCTION COMPANY, INC., and ) | |
| JOHN JOSEPH PARDA, ) | |
| ) | |
| Defendants. ) | |

This case comes before the court on the motion (D.E. 68) by Attorney James S. Schenck, local counsel for defendants The McCarty Corporation and Mike McCarty defendants (collectively, "the McCarty defendants"), to be excused from attendance at the re-convened settlement conference in this case to be held on Tuesday, 1 July 2014. Plaintiff does not oppose the motion. *See* D.E. 69. In the court's discretion, the motion is ALLOWED and Attorney Schenck is excused from attendance at the re-convened conference. Attorney Kelli G. Hopkins, who is also local counsel of record for the McCarty defendants, shall attend the re-convened conference in person. To the extent he has not already done so, Attorney Schenck shall inform Attorney Hopkins fully regarding the proceedings at the initial session of the court-hosted settlement conference in this case.

SO ORDERED, this the 24th day of June 2014.

_____
James E. Gates
United States Magistrate Judge