IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-409-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THE MCCARTY CORPORATION, | ) | |
| MIKE MCCARTY, TEMPLE GRADING | ) | |
| AND CONSTRUCTION COMPANY, INC., | ) | |
| and JOHN JOSEPH PARDA, | ) | |
| | ) | |
| Defendants. | ) | |

On July 14, 2014, the parties filed a joint motion for stay and suspension of deadlines for 120 days to enable completion of settlement agreement conditions [D.E. 76]. The motion is granted. The court further orders Magistrate Judge Gates to facilitate completion of the settlement as he deems appropriate, which may include holding status conferences every thirty days. See 28 U.S.C. § 636.

In sum, the motion to stay [D.E. 76] is GRANTED. The action is stayed until November 14, 2014.

SO ORDERED. This _15_ day of July 2014.

JAMES C. DEVER III
Chief United States District Judge