IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 5:13-CV-00409-D |
| THE McCARTY CORPORATION, MIKE McCARTY, TEMPLE GRADING AND CONSTRUCTION COMPANY, INC., and JOHN JOSEPH PARDA, JR., | § | |
| Defendants. | § | |

## AGREED ORDER OF DISMISSAL

Having considered the Stipulation of Dismissal (the "Stipulation") filed in the above-entitled and numbered cause, the Court APPROVES the Stipulation and ORDERS that any and all claims of the United States in this action are hereby dismissed with prejudice. The Parties shall bear their respective costs and attorneys' fees.

SIGNED this 8 day of September, 2014.

JAMES C. DEVER, III
United States District Judge